■ In the Matter of JABEZ F. and Another, Children Alleged to be Neglected. MARTHA L., Appellant; BERNARD F., Respondent; COMMISSIONER OF ADMINISTRATION FOR CHILDREN'S SERVICE, Respondent. [938 NYS2d 518]

Respondent mother's claim that the court, following a hearing pursuant to Family Court Act § 1028, erred in denying her application to have the children returned to her pending the neglect proceeding was rendered moot by the subsequent fact-finding determination of neglect (*see Matter of Charnel T.*, 49 AD3d 427 [2008]).

The Family Court's determination that neglect was proved by a preponderance of the evidence was amply supported by the record. The mother had, inter alia, a conviction of aggravated sexual abuse of her older children in another state, for which she served five years, a long history of drug abuse that extended, by her own admission, five months into her pregnancy with the younger of the subject children, and a history of serious mental illness (*see Matter of Justice T.*, 305 AD2d 1076 [2003], *lv denied* 100 NY2d 512 [2003]). Concur—Mazzarelli, J.P., Andrias, DeGrasse, Richter and Abdus-Salaam, JJ.